# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MARCQUISE MURPHY and RATANYA ROGERS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LABOR SOURCE, LLC d/b/a CATSTAFF d/b/a ONE SOURCE STAFFING AND LABOR, and BLUSKY RESTORATION CONTRACTORS, LLC,<br><br>Defendants. | Case No. 19-cv-1929 (MJD/ECW)<br><br>**DEFENDANTS' PARTIAL MOTION TO DISMISS** |

Defendants Labor Source, LLC d/b/a Catstaff d/b/a One Source Staffing and Labor and BluSky Restoration Contractors, LLC (collectively, "Defendants"), by and through their undersigned counsel, hereby move to dismiss Plaintiffs' claims.

This Motion is made pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure. Defendants seek dismissal of (1) the claims of any putative collective plaintiffs who did not work in Minnesota for lack of personal jurisdiction; (2) Plaintiffs' federal collective claims for failure to state a claim (as a whole and, alternatively, as to employees outside Minnesota); (3) Plaintiffs' state and federal minimum wage claims for failure to state a claim; and (4) Plaintiffs' state and federal recordkeeping claims for failure to state a claim. This Motion is supported by all files, records, and proceedings herein, including Defendants' supporting memoranda of law.

| | |
|---|---|
| Dated: September 30, 2019 | SPENCER FANE LLP |
| | By:   /s/ Jessica J. Nelson<br>Jessica J. Nelson, #347358<br>Randi J. Winter, #0391354<br>Laurie M. Quinn, #0396266<br>150 South Fifth Street, Suite 1900<br>Minneapolis, MN  55402<br>Telephone:  (612) 268-7000<br>Facsimile:  (612) 268-7001<br>jnelson@spencerfane.com<br>rwinter@spencerfane.com<br>lquinn@spencerfane.com |
| | *Attorneys for Defendant Labor Source, LLC d/b/a Catstaff d/b/a One Source Staffing and Labor* |
| Dated: September 30, 2019 | JACKSON LEWIS P.C. |
| | By:   /s/ Elizabeth S. Gerling<br>Elizabeth S. Gerling, #0395372<br>150 South Fifth Street, Suite 3500<br>Minneapolis, MN  55402<br>Telephone:  (612) 341-8131<br>Facsimile:  (612) 341-0609<br>elizabeth.gerling@jacksonlewis.com |
| | Eric R. Magnus (*pro hac vice*)<br>171 17th Street, NW, Suite 1200<br>Atlanta, GA  30363<br>Telephone:  (404) 586-1820<br>elizabeth.gerling@jacksonlewis.com |
| | *Attorneys for Defendant BluSky Restoration Contractors, LLC* |