# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Marcquise Murphy and Ratanya Rogers, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>Labor Source, LLC d/b/a Catstaff d/b/a One Source Staffing and Labor, and BluSky Restoration Contractors, LLC,<br><br>　　　　　　Defendants. | Civil No. 19-cv-01929 (MJD/ECW)<br><br>**[PROPOSED]**<br>**ORDER FOR THIRD EXTENSION OF TIME FOR DEFENDANT BLUSKY RESTORATION CONTRACTORS, LLC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED CLASS AND COLLECTIVE ACTION COMPLAINT** |

This case is before the Court on the Stipulation for Third Extension of Time for Defendant BluSky Restoration Contractors, LLC to Answer or Otherwise Respond to Plaintiffs' First Amended Class and Collective Action Complaint (Dkt. 87). Having considered the Stipulation and for good cause shown, (Dkt. 87), **IT IS ORDERED** that Defendant BluSky Restoration Contractors, LLC shall have until and including November 13, 2020 to answer or otherwise respond to Plaintiffs' First Amended Class and Collective Action Complaint.

DATED: _____

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ELIZABETH COWAN WRIGHT
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

4841-6824-7505, v. 1