# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MARCQUISE MURPHY and RATANYA ROGERS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LABOR SOURCE, LLC d/b/a CATSTAFF d/b/a ONE SOURCE STAFFING AND LABOR, and BLUSKY RESTORATION CONTRACTORS, LLC,<br><br>Defendants. | Case No. 19-cv-1929 (MJD/ECW)<br><br>**MEET AND CONFER STATEMENT** |

Pursuant to Rule LR 7.1(d), I, Elizabeth S. Gerling, representing Defendant BluSky Restoration Contractors, LLC, hereby certify that: I met and conferred with Plaintiffs' counsel, William Hogg, via a telephone call, regarding Defendant BluSky Restoration Contractor, LLC's Motion for Certification for Interlocutory Appeal on November 13, 2020. As a result of the meet-and-confer, the parties:

☒ Do **not** agree on the resolution of any part of the motion.

Dated: November 13, 2020   **JACKSON LEWIS P.C.**

*s/ Elizabeth S. Gerling*
Elizabeth S. Gerling, (MN #0395372)
150 South Fifth Street, Suite 3500
Minneapolis, MN  55402
Phone: (612) 341-8131
Fax: (612) 341-0609
Elizabeth.Gerling@jacksonlewis.com

- and -

1

        Eric R. Magnus (admitted *pro hac vice*)
        171 17th Street, NW, Suite 1200
        Atlanta, GA 30363
        Phone: (404) 586-1820
        Eric.Magnus@jacksonlewis.com

**ATTORNEYS FOR DEFENDANT BLUSKY RESTORATION CONTRACTORS, LLC**

4835-7580-1042, v. 1