# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MARCQUISE MURPHY and RATANYA ROGERS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LABOR SOURCE, LLC d/b/a CATSTAFF d/b/a ONE SOURCE STAFFING AND LABOR, and BLUSKY RESTORATION CONTRACTORS, LLC,<br><br>Defendants. | Case No. 19-cv-1929 (MJD/ECW)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT BLUSKY RESTORATION CONTRACTORS, LLC'S MOTION FOR CERTIFICATION FOR INTERLOCUTORY APPEAL** |

The above-entitled matter came before the Honorable Michael J. Davis, United States District Court Chief Judge, upon Defendant BluSky Restoration Contractors, LLC's Motion to for Certification for Interlocutory Appeal [ECF 91].

Based upon the pleadings filed with the Court, memoranda, declarations, exhibits, and upon other documents and information in the record the Court may consider, and having considered all relevant authorities, the Court finds:

The below issue involves a controlling question of law that is likely to result in dismissal of the nationwide claims for lack of personal jurisdiction, significantly impacting the course of the litigation. Substantial grounds for differences of opinion exists as to this issue, and resolution of the issue may avoid protracted litigation and is likely to materially advance the ultimate termination of this litigation. Thus, Defendant BluSky Restoration Contractors, LLC's Motion should be GRANTED.

1

NOW, THEREFORE IT IS ORDERED:

1. Defendant BluSky Restoration Contractors, LLC's Motion for Certification for Interlocutory Appeal is hereby GRANTED; and

2. Pursuant to 28 U.S.C. § 1292(b), the following issue is certified for review by the Eighth Circuit Court of Appeals:

   **Whether, in light of intervening Supreme Court precedent, registering to do business in Minnesota is sufficient to subject a foreign corporation to general jurisdiction in Minnesota as set forth in *Knowlton v. Allied Van Lines, Inc.* 900 F.2d 1196 (8th Cir. 1990)?**

Dated: _____          _____
                                   Michael J. Davis
                                   United States District Court

4849-3475-5538, v. 1