

JESSICA J. NELSON
DIRECT DIAL: 612-268-7006
EMAIL: JNELSON@SPENCERFANE.COM

June 24, 2021

**VIA ECF**

Hon. Elizabeth Cowan Wright
United States Magistrate Judge
United States District Court
342 Federal Building
316 N. Robert Street
St. Paul, MN 55101

Re:   *Murphy et al. v. Labor Source, LLC, et al.*, **19-cv-1929 (ECW)**

Your Honor:

      I write on behalf of Defendants to respectfully request that the Court refrain from ruling on Defendants' Motion to Dismiss the Claims of Plaintiff Ratanya Rogers [Dkt. 160] until the parties have had a chance to further meet and confer in light of Ms. Rogers' recent death [*see* Dkt. 195]. Defendants wish to confer with Plaintiffs to determine appropriate next steps and will provide an update to the Court within two weeks.

Respectfully submitted,

*/s/Jessica J. Nelson*

Jessica J. Nelson