# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| **MARCQUISE MURPHY, individually and on behalf of all others similarly situated**<br><br>Plaintiff(s),<br><br>v.<br><br>**LABOR SOURCE, LLC d/b/a CATSTAFF d/b/a ONE SOURCE STAFFING AND LABOR, and BLUSKY RESTORATION CONTRACTORS, LLC**<br><br>Defendant(s). | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 19-cv-1929 ECW |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
This case is DISMISSED WITH PREJUDICE and judgment entered consistent with the Settlement and the November 13, 2023 Final Approval Order (Dkt. 301).

Date: 8/6/24                                                                                   KATE M. FOGARTY, CLERK